

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 4, 2019

**By ECF**
The Honorable Richard M. Berman  MEMO ENDORSED
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/5/19

Re: *United States v. Markeim Henry*
15 Cr. 288 (RMB)

Dear Judge Berman:

The Government writes respectfully to request an adjournment of the status conference currently scheduled for December 10, 2019 at 9:30 a.m. As the Court is aware, the defendant has denied various specifications of violations of supervised release overlapping with criminal charges in state court for illegal possession of a firearm. The proceedings with respect to those charges remain ongoing. Accordingly, the Government respectfully requests an adjournment of the next conference for approximately 60 days to permit resolution of the state criminal charges. The Government has spoken to defense counsel, who joins in this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/
Anden Chow / Hagan Scotten
Assistant United States Attorneys
(212) 637-2348 / 2410

cc: John Kaley, Esq. (by ECF)

Conference is adjourned to February 11, 2020 at 12:30 pm.

SO ORDERED:
Date: 12/5/19

Richard M. Berman, U.S.D.J.