U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 3, 2020

**By ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/3/2020

Re:   *United States* v. *Markeim Henry*
      15 Cr. 288 (RMB)

Dear Judge Berman:

The Government writes respectfully to request an adjournment of the status conference currently scheduled for February 11, 2020 at 12:30 p.m. As the Court is aware, the defendant has denied various specifications of violations of supervised release overlapping with criminal charges in state court for illegal possession of a firearm. The proceedings with respect to those charges remain ongoing with the next conference in state court scheduled for early March. Accordingly, the Government respectfully requests an adjournment of the next conference until mid- to late-March to permit resolution of the state criminal charges. The Government has spoken to defense counsel, who joins in this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: ___/s/_____
Anden Chow / Hagan Scotten
Assistant United States Attorneys
(212) 637-2348 / 2410

cc: John Kaley, Esq. (by ECF)

Conference is adjourned to
3/23/2020 at 12:30 p.m.

SO ORDERED:
Date: 2/3/2020      *Richard M. Berman*
                    Richard M. Berman, U.S.D.J.