**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                          Government,

                                                                    15 CR. 288 (RMB)

          -against-

                                                                    **ORDER**

MARKEIM HENRY,
                          Defendant.
------------------------------------------------------------X


          In light of the continuing COVID-19 pandemic, the proceeding scheduled for Thursday,

March 17, 2022 at 9:00 AM will be held telephonically pursuant to the CARES Act and

applicable implementing court procedures.

          Members of the public and the press can use the following dial-in information to access

the audio of the proceeding:

          USA Toll-Free Number: (877) 336-1829
          Access Code: 6265989
          Security Code: 2889


Dated: March 9, 2022
          New York, NY


                                                    _____
                                                         RICHARD M. BERMAN
                                                         U.S.D.J.