# DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
DAVID RIVERA
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: wwwdoarlaw.com

March 11, 2022

**By ECF Filing**
Honorable Richard M. Berman
United States District Judge
500 Pearl Street
New York, NY 10007

Re: *United States* **v.** *Markeim Henry* **15 Cr. 288 (RMB)**

Dear Judge Berman:

      I write with the consent of the Government, by AUSA Hagen Scotten, and the assigned Probation Officer, David Mulcahy, to request an adjournment of the status conference currently scheduled for March 17, 2022. I have been advised by Mr. Henry's State court counsel that Mr. Henry has pleaded guilty in State court. His sentencing in the State matter has been re-scheduled for April 7, 2022. Accordingly, the parties respectfully request that the Court order that the current status conference be adjourned until after April 7, 2022, and that the parties be ordered to submit a status letter, with input from the Probation Office, to the Court on or before April 15, 2022.

      Thank you for the Court's consideration of this request

Respectfully submitted,

/s/
John F. Kaley

---

Application granted. Sentencing is hereby adjourned to April 19, 2022 at 11:00 AM. Parties are ordered to submit a status letter on or before April 13, 2022.

SO ORDERED:
Date: 3/11/22

Richard M. Berman, U.S.D.J.