**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

        15 CR. 288 (RMB)

   -against-

**ORDER**

MARKEIM HENRY,
                Defendant.
-------------------------------------------------------------X

      The proceeding scheduled for Tuesday, April 19, 2022 at 11:00 AM will be held in Courtroom 17B.

Dated: April 13, 2022
       New York, NY

                                              _____
                                                  RICHARD M. BERMAN
                                                       U.S.D.J.