# DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
DAVID RIVERA
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR

> Application granted. Status conference is hereby adjourned to May 19, 2022 at 11:00 AM.
>
> SO ORDERED:
> Date: 4/15/2022
> /s/ Richard M. Berman, U.S.D.J.

**By ECF Filing**
Honorable Richard M. Berman
United States District Judge
500 Pearl Street
New York, NY 10007

Re: *United States* **v.** *Markeim Henry* **15 Cr. 288 (RMB)**

Dear Judge Berman:

    I write with the consent of the Government, by AUSA Hagen Scotten, and the assigned Probation Officer, David Mulcahy, to request an adjournment of the status conference currently scheduled for April 19, 2022. I have been advised by Mr. Henry's State court counsel that on April 7, 2022 Mr. Henry was sentenced in State Court (upon his prior plea of guilty) to incarceration for a period of four years "flat" (meaning he will do the full four years) and five years post release supervision. I would anticipate that on an adjourned date Mr. Henry would enter a plea of guilty to specifications in the VOSR Report and ask to be sentenced at that time. The requested adjournment will allow the parties to be ready for plea and sentencing on the adjourned date.

    Accordingly, the parties respectfully request that the Court adjourn the April 19th status conference to May 19, 2022 at 11:00 a.m., which we understand is an available date and time on the Court's calendar.

    Thank you for the Court's consideration of this request

Respectfully submitted,

/s/
John F. Kaley

cc: AUSA Hagen Scotten
    USPO David Mulcahy
    (Both via email and ECF Filing)