UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                      15 CR. 288 (RMB)
    -against-

                                                      **ORDER**

MARKEIM HENRY,
                Defendant.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the proceeding scheduled for Thursday, May 19, 2022 at 11:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Members of the public and the press can use the following dial-in information:

USA Toll-Free Number: (877) 336-1829
Access Code: 6265989
Security Code: 2889

Dated: May 11, 2022
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.