UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

MARKEIM HENRY,
                Defendant.
------------------------------------------------------------X

15 CR. 288 (RMB)

**ORDER**

The hearing scheduled for Tuesday, July 12, 2022 at 9:00 AM is hereby rescheduled to Monday, July 18, 2022 at 9:00 AM.

In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Members of the public and the press can use the following dial-in information:

USA Toll-Free Number: (877) 336-1829
Access Code: 6265989
Security Code: 2889

Dated: June 8, 2022
      New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.