**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
          Government,

    -against-

MARKEIM HENRY,
          Defendant.
------------------------------------------------------------X

15 CR. 288 (RMB)

**ORDER**

In light of the continuing COVID-19 pandemic, the proceeding scheduled for Monday, August 1, 2022 at 9:00 AM is being held by video pursuant to the CARES Act and applicable implementing court procedures.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2889

Dated: July 28, 2022
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.